379 A.2d 619

Commonwealth ex rel. Beady et al., Appellants, v. Diano.

Submitted October 8, 1976. Nino V. Tinari, for appellants; Douglas N. Frenkel, for appellee.

Order affirmed; petition for reargument denied November 7, 1977.